**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SHALICKA STITH-MORALES,** )  | |
| *individually and on behalf of all persons* ) | |
| *similarly situated,* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.            ) | 2:24cv776 |
| ) | **Electronic Filing** |
| **PALAMERICAN SECURITY, INC,** ) | |
| ) | |
| Defendant.        ) | |

## ORDER OF COURT

AND NOW, this 28th day of April, 2026, upon due consideration of the Notice of Proposed Judicial Notice of Lawsuit submitted by plaintiff, IT IS ORDERED that [75] the proposed notice is approved with the following modification: the third sentence in the description of the lawsuit at Section 2 shall be modified to read: "The lawsuit contends that the following types of previously non-compensated, off-the-clock activities are to be included in calculating the hours a security guard worked during a workweek for the purpose of determining overtime compensation: (1) the time spend effectuating a 'daily briefing' or 'pass down,' (2) the time spent when replacement co-workers failed to report for work, and (3) the time spent off duty responding to employer-based inquiries about job-related matters."  With that modification, the proposed notice is approved and the parties shall proceed with implementing the court's order of March 27, 2026, without further delay.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc:    Ori Edelstein, Esquire
        Carolyn Hunt Cottrell, Esquire
        Danielle Fuschetti, Esquire
        Philippe M.J. Gaudard, Esquire
        Gary F. Lynch, Esquire
        Scott Casher, Esquire
        Tanya A Salgado, Esquire

        (*Via CM/ECF Electronic Mail*)